McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00046-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| JESUS SIGALA, | |
| Defendant. | DATE: August 27, 2019<br>TIME: 1 p.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By minute order of this Court, this matter was set for trial on August 27, 2019, (prior to that minute order the parties had selected a trial date of August 27, 2019)

2. By this stipulation, the parties now move to continue the trial until October 1, 2019, and to exclude time between August 27, 2019, and October 1, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented to the defense that it will be presenting a plea offer to an information and a small amount of additional discovery. Additionally, the government has informed the defense that counsel for the government has a scheduling conflict with the September 4, 2019 date.

1

b) Counsel for defendant desires additional time to review the new plea offer, information and additional discovery.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government joins in the request for the continuance, and believes that a continuance would support an efficient use of judicial resources, and would likely result in the resolution of this case short of trial.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 27, 2019 to October 1, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 14, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ VINCENZA RABENN
VINCENZA RABENN
Assistant United States Attorney

2

Dated: June 14, 2019

/s/ ERIN SNIDER
ERIN SNIDER
Counsel for Defendant
JESUS SIGALA

**ORDER**

The Trial Confirmation hearing currently set for August 12, 2019 is continued to September 16, 2019, at 10:00 a.m. The Jury Trial currently set for September 4, 2019 is continued to October 1, 2019, at 1:00 p.m. The time period of August 27, 2019 to October 1, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **June 14, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE