| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, Bar #304781 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JESUS SIGALA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-00046-DAD-BAM-1 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO EXTEND DEADLINE FOR FILING INFORMAL OBJECTIONS AND FORMAL OBJECTIONS AND TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | ) | |
| JESUS SIGALA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Jesus Sigala, that the Court may extend the deadline for filing informal objections to October 7, 2019, and the deadline for filing formal objections to October 14, 2019. The parties further request that the Court continue the sentencing hearing from October 28, 2019, to November 4, 2019, at 10:00 a.m.

Defense counsel seeks this continuance because she just completed a three-week trial and has had insufficient time to review the draft Presentence Investigation Report with her client. The government has no objection to modifying the schedule for filing informal and formal objections and to continuing the sentencing hearing.

/ / /

/ / /

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | MCGREGOR W. SCOTT<br>United States Attorney |
| | Date: September 30, 2019 | */s/ Vincenza Rabenn*<br>VINCENZA RABENN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | Date: September 30, 2019 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>JESUS SIGALA |

## **O R D E R**

The Court hereby extends the deadline for filing informal objections to October 7, 2019, and the deadline for filing formal objections to October 14, 2019. The Court continues the sentencing hearing currently scheduled for October 28, 2019, to November 4, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **September 30, 2019**

UNITED STATES DISTRICT JUDGE