| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, Bar #304781 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JESUS SIGALA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00046-DAD-BAM-1 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | Date: January 27, 2020 |
| JESUS SIGALA, | Time: 10:00 a.m. |
| | Judge: Hon. Dale A. Drozd |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Jesus Sigala, that the Court may continue the sentencing hearing from November 4, 2019, to January 27, 2020 at 10:00 a.m.

The undersigned is leaving the Office of the Federal Defender and a new attorney will be taking over Mr. Sigala's case. The parties request this continuance to allow new counsel to review the case and prepare for the sentencing hearing.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: October 25, 2019  /s/ Vincenza Rabenn
VINCENZA RABENN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: October 25, 2019  /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JESUS SIGALA

## **O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for November 4, 2019, to January 27, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **October 28, 2019**

_____
UNITED STATES DISTRICT JUDGE