| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHRISTINA M. CORCORAN, NY Bar # 5118427 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JESUS SIGALA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00046-DAD-BAM-1 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | Date:  May 4, 2020 |
| JESUS SIGALA, | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Jesus Sigala, that the Court may continue the sentencing hearing from January 27, 2020, to May 4, 2020, at 10:00 a.m.

The undersigned recently joined the Office of the Federal Defender and was assigned to Mr. Sigala's case because his previously assigned counsel left the Office.  The parties request this continuance to allow the undersigned to review the case and prepare for the sentencing hearing.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: January 13, 2020        /s/ Vincenza Rabenn
                              VINCENZA RABENN
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender


Date: January 13, 2020        /s/ Christina M. Corcoran
                              CHRISTINA M. CORCORAN
                              Assistant Federal Defender
                              Attorney for Defendant
                              JESUS SIGALA


## O R D E R

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for January 27, 2020, to May 4, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 13, 2020**            _Dale A. Drozd_
                                       UNITED STATES DISTRICT JUDGE